# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| R CONSULTING & SALES INC., | Case No.: 2:19-cv-00284-APG-PAL |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| AVJET ASIA CO., LTD., | |
| Defendant | |

In light of the response to the order to show cause (ECF No. 8),

IT IS ORDERED that the order to show cause (ECF No. 5) is deemed satisfied and I will not dismiss this action for lack of subject matter jurisdiction at this time. However, the plaintiff remains responsible for establishing subject matter jurisdiction in this case.

DATED this 19th day of March, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE